## TALLEY V. JESSE FRENCH PIANO & ORGAN CO.

*Detinue.*

(Decided Jan. 18th, 1906.  40 So. Rep. 1038.)

APPEAL from Coffee Circuit Court.

Heard before HON. H. A. PEARCE.

SIMMONS & CARNLEY, for appellant.

RILEY & WILKERSON, for appellee.

Per curiam.
Affirmed for want of transcript.